# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re: ELLMAN, WALTER EMANUEL, JR.          §   Case No. 10-38887
                                            §
                                            §
Debtor(s)                                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 27, 2010.  The undersigned trustee was appointed on December 27, 2010.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of          $                4,615.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]        $ | 4,615.00 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 06/16/2011 and the deadline for filing governmental claims was 06/25/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,153.75.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,153.75, for a total compensation of $1,153.75.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $103.18, for total expenses of $103.18.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _12/31/2012_____      By:_/s/MARC H. BAER, TRUSTEE_____
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-38887 | **Trustee:** (400090) MARC H. BAER, TRUSTEE |
| **Case Name:** ELLMAN, WALTER EMANUEL, JR. | **Filed (f) or Converted (c):** 12/27/10 (f) |
| | **§341(a) Meeting Date:** 02/03/11 |
| **Period Ending:** 12/31/12 | **Claims Bar Date:** 06/16/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3806 SYLVAN DRIVE SUBJECT, RENT OF $96.00 | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 906 KENT AVENUE BALTIMORE | Unknown | 5,598.00 | OA | 0.00 | FA |
| 3 | WACHOVA BANK | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | TWO BEDROOM HOUSE WITH FURNITURE | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | MISC CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | HANDGUN | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | B ALTIMORE COUNTY BOARD OF EDUCATION | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | 2002 SUBR | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Tax Refund  (u) | 0.00 | 4,615.00 | | 4,615.00 | FA |
| **9** | **Assets   Totals** (Excluding unknown values) | **$176,010.00** | **$10,213.00** | | **$4,615.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011    **Current Projected Date Of Final Report (TFR):**   December 31, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-38887 |
| Case Name: | ELLMAN, WALTER EMANUEL, JR. |
| | |
| Taxpayer ID #: | **-***2270 |
| Period Ending: | 12/31/12 |

| | |
|---|---|
| Trustee: | MARC H. BAER, TRUSTEE (400090) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******60-66 - Checking Account |
| Blanket Bond: | $2,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/12 | {9} | DEBTOR | Non-exempt tax refund | 1224-000 | 4,615.00 | | 4,615.00 |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 4,615.00 | 0.00 | $4,615.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 4,615.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $4,615.00 | $0.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******60-66 | 4,615.00 | 0.00 | 4,615.00 |
| | $4,615.00 | $0.00 | $4,615.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER
**Claims Bar Date:** June 16, 2011

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 10-38887 | | | Page: 1 | | **Date:** December 31, 2012 | |
| **Debtor Name:** ELLMAN, WALTER EMANUEL, JR. | | | | | **Time:** 03:36:15 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | MARC H. BAER, ESQ.<br>445 MAIN STREET<br>REISTERSTOWN, MD 21136 | Admin Ch. 7 | | $2,000.00 | $0.00 | 2,000.00 |
| 200 | MARC H. BAER, TRUSTEE<br>455 MAIN STREET<br>REISTERSTOWN, MD 21136 | Admin Ch. 7 | | $1,153.75 | $0.00 | 1,153.75 |
| 200 | MARC H. BAER, TRUSTEE<br>455 MAIN STREET<br>REISTERSTOWN, MD 21136 | Admin Ch. 7 | | $103.18 | $0.00 | 103.18 |
| NOTFILED<br>100 | ACTION CARD<br>PO BOX 5052<br>Sioux Falls, SD 57117-5052 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104 | Secured | XXXXXXXX0277 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Wffinancial<br>3310 N Hayden Rd 1<br>Scottsdale, AZ 85251 | Secured | XXXXXXXXXXX6300 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | HRAL.LLC DBA ALLSTATE LEASING<br>9428 REISTERSTOWN RD.<br>Owings Mills, MD 21117 | Unsecured | 9428 REISTERSTOWN RD.<br>Owings Mills, MD 21117<br>-------------------------------------------------------* * * | $3,046.11 | $0.00 | 3,046.11 |
| 2<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXXXXXX1069<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 430543025<br>-------------------------------------------------------* * * | $2,865.38 | $0.00 | 2,865.38 |
| 3<br>610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | XXXXXXXX9915<br>294 Union St.<br>Hackensack, NJ 07601<br>-------------------------------------------------------* * * | $298.56 | $0.00 | 298.56 |
| 4<br>610 | Receivable Management (Original Cre<br>7206 Hull Street Rd Ste<br>Richmond, VA 23235 | Unsecured | XXXXXXXXXXXXX6837<br>7206 Hull Street Rd Ste<br>Richmond, VA 23235<br>-------------------------------------------------------* * * | $147.33 | $0.00 | 147.33 |
| 5<br>610 | M&T Bank<br>1100 Wehrle Drive<br>Williamsville, NY 14221 | Unsecured | XXXXXXXXXX9286<br>1100 Wehrle Drive<br>Williamsville, NY 14221<br>-------------------------------------------------------* * * | $1,513.04 | $0.00 | 1,513.04 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 16, 2011

| | |
|---|---|
| **Case Number:** 10-38887 | **Page:** 2 |
| **Debtor Name:** ELLMAN, WALTER EMANUEL, JR. | **Date:** December 31, 2012 |
| | **Time:** 03:36:15 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>610 | North Star Capital Acquisition<br>170 Northpointe Pkwy<br>Suite 300<br>Amherst, NY 14228 | Unsecured | XXXXXX7052<br>170 Northpointe Pkwy<br>Suite 300<br>Amherst, NY 14228<br>----------------------------------------------------------------------* * *<br><br>----------------------------------------------------------------<br>Schedule F Account: XXXXXX7052 | $8,185.19 | $0.00 | 8,185.19 |
| 7<br>610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 59<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 731248809<br>----------------------------------------------------------------------* * * | $4,021.44 | $0.00 | 4,021.44 |
| NOTFILED<br>610 | Asset Acceptance Llc (Original Cred<br>Po Box 2036<br>Warren, MI 48090 | Unsecured | XXXX2778 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Asset Acceptance Llc (Original Cred<br>Po Box 2036<br>Warren, MI 48090 | Unsecured | XXXXXXX7432 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Chase Manhattan Mtge<br>3415 Vision Dr<br>Columbus, OH 43219 | Unsecured | XXXXXX1622 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Credit Protection Asso (Original Cr<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240 | Unsecured | XXXXXX8925 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Eaf Llc (Original Creditor:08 Wells<br>1120 West Lake Co Suite B<br>Buffalo Grove, IL 60089 | Unsecured | XXX5656 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | First Usa Bank<br>201 N Walnut St # De1-10<br>Wilmington, DE 19801 | Unsecured | XXXXXXXX0824 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Gdyr/Cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX7356 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Gemb/Empire<br>Po Box 981439<br>El Paso, TX 79998 | Unsecured | XXXXXXXX4577 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Gemb/Gap<br>Po Box 981400<br>El Paso, TX 79998 | Unsecured | XXXXXXXX9864 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 16, 2011

| | | |
|---|---|---|
| **Case Number:** 10-38887 | Page: 3 | **Date:** December 31, 2012 |
| **Debtor Name:** ELLMAN, WALTER EMANUEL, JR. | | **Time:** 03:36:15 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Land Rover<br>Pob 542000<br>Omaha, NE 68154 | Unsecured | XXXX0381 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mortgage Service Cente<br>2001 Leadenhall Rd<br>Mount Laurel, NJ 08054 | Unsecured | XXXXXXXXX3635 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | National Recovery (Original Credito<br>4201 Crums Mill Rd<br>Harrisburg, PA 17112 | Unsecured | XXXX5557 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nco Fin/51 (Original Creditor:St. A<br>Po Box 13574<br>Philadelphia, PA 19101 | Unsecured | XXXX5888 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nco- Medclr (Original Creditor:Medi<br>Pob 17095<br>Wilmington, DE 19850 | Unsecured | XXXX9305 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | PEROUTKA & PEROUTKA<br>8928 RITCHIE HIGHWAY<br>SUITE 300<br>Pasadena, MD 21122 | Unsecured | XX-X642-0 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104 | Unsecured | XXXXXXXX1984 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104 | Unsecured | XXXXXXXX0503 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wfnnb/Ny&C<br>220 W Schrock Rd<br>Westerville, OH 43081 | Unsecured | X5498 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 23,333.98 | 0.00 | 23,333.98 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-38887
Case Name: ELLMAN, WALTER EMANUEL, JR.
Trustee Name: MARC H. BAER, TRUSTEE

**Balance on hand:**    $         4,615.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:    $         4,615.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MARC H. BAER, TRUSTEE | 1,153.75 | 0.00 | 1,153.75 |
| Trustee, Expenses - MARC H. BAER, TRUSTEE | 103.18 | 0.00 | 103.18 |
| Attorney for Trustee, Fees - MARC H. BAER, ESQ. | 2,000.00 | 0.00 | 2,000.00 |

Total to be paid for chapter 7 administration expenses:    $         3,256.93
Remaining balance:    $         1,358.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:    $         1,358.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,358.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,077.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HRAL.LLC DBA ALLSTATE LEASING | 3,046.11 | 0.00 | 206.05 |
| 2 | Discover Bank | 2,865.38 | 0.00 | 193.82 |
| 3 | Atlas Acquisitions LLC | 298.56 | 0.00 | 20.20 |
| 4 | Receivable Management (Original Cre | 147.33 | 0.00 | 9.97 |
| 5 | M&T Bank | 1,513.04 | 0.00 | 102.35 |
| 6 | North Star Capital Acquisition | 8,185.19 | 0.00 | 553.66 |
| 7 | FIA Card Services, NA/Bank of America | 4,021.44 | 0.00 | 272.02 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,358.07 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**