IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 6/5/14

In re:　Case No.:　10–38887 DER　　Chapter:　7

WALTER EMANUEL ELLMAN Jr.
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 162 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $553.66 Filed by Resurgent Capital Services, LP .

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 6/19/14. The following items are deficient 1. The full tax identification must be provided for Resurgent, 2. Proof must be provided that Latoya McDowell can claim the funds on behalf of Resurgent and 3. he W–9 is incorrect, should be signed by an authorized signer at Resurgent.**

CURE: Submission of the appropriate documents are required.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark A. Neal, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Yvette Oliver  410−962−4424

cc:　Debtor(s)
　　　Attorney for Debtor(s) – Jay Fred Cohen
　　　Brian J. Dilks, Esq.
　　　Latoya McDowell

Form defntc (11/2013)