

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  10–38887 – DER   Chapter:  7

WALTER EMANUEL ELLMAN Jr.
3806 SYLVAN DRIVE
Gwynn Oak, MD 21207

Deficient Pleading No. – 162

Motion To Withdrawn Claimed Funds

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Jay Fred Cohen
      Chapter 7 Trustee – Marc H. Baer
      U.S. Trustee
      Interested Party – Resurgent Capital Services, LP

## End of Order

14.1 – *yoliver*